**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JETTIE EDWARDS, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE CO., DBA TRANSAMERICA CAPITAL; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: 2:24-CV-5668-PA (MAAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: May 20, 2025 |

///
///
///
///
///
///
///

1  Plaintiff, JETTIE EDWARDS and Defendant, TRANSAMERICA LIFE
2  INSURANCE COMPANY stipulated for dismissal with prejudice of this action in
3  its entirety, with each party to bear its own attorney's fees and costs. The Court has
4  considered the stipulation and agrees to the terms of the stipulation.

5  **IT IS ORDERED** that the stipulation for dismissal with prejudice of this
6  action in its entirety is granted, with each party to bear its own attorney's fees and
7  costs.

Dated: January 23, 2025    _____
Percy Anderson
United States Judge

THYNE TAYLOR FOX HOWARD, LLP